# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Daniel Hiram Gibson,

    Plaintiff

v.

Housing Authority,

    Defendant

Case No.: 2:13-cv-02198-JAD-CWH

**Order Adopting Report and Recommendation [Doc. 3]**

Before the Court is Magistrate Judge Carl W. Hoffman's Report and Recommendation regarding Plaintiff Daniel Hiram Gibson's incomplete Application to Proceed *in Forma Pauperis* and Gibson's failure to comply with the court-ordered deadline for completing his application. Doc. 3 at 1. In addition, Gibson did not pay the $400 filing fee by the deadline. Doc. 3 at 1. The Report recommends denying Gibson's application with prejudice and dismissing this action for failure to pay the filing fee. Doc. 3 at 1. The Report was entered December 13, 2013. Doc. 2. Objections were due December 30, 2013. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Plaintiff has filed no objections.

. . .

. . .

. . .

1

Accordingly, and with good cause appearing,

**IT IS HEREBY ORDERED** that Magistrate Judge Hoffman's Report and Recommendation **[Doc. 3]** is **ACCEPTED**.

**IT IS FURTHER ORDERED** that Gibson's Application to Proceed *in Forma Pauperis* is **DENIED** with prejudice.

**IT IS FURTHER ORDERED** that this action is **DISMISSED**.

DATED February 13, 2014.

_____
Jennifer A. Dorsey
United States District Judge